IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES THOMAS KEMP, | ) |
| Plaintiff, | ) 05-MC-1054 ) |
| v. | ) NO. 3:03-0505 ) JUDGE HAYNES |
| LESLIE E. STRONG, | ) |
| Defendant. | ) |

FILED
NOV 15 2005

ORDER

Plaintiff, James Thomas Kemp, filed this action under 28 U.S.C. § 1332, the federal diversity statute against the Defendant Leslie E. Strong to recover on a promissary note executed by the Defendant. The Defendant has failed to repay the note.

Before the Court is the Plaintiff's motion for summary judgment (Docket Entry No. 26), seeking a judgment on the note. Plaintiff has not responded. In addition to the note, Plaintiff cites a forfeiture action against the Plaintiff filed by the United States. (Docket Entry No. 29, Attachments thereto).

Upon review of the record, the Plaintiff's motion for summary judgment (Docket Entry No. 26) is **GRANTED** and Plaintiff is awarded judgment of one million two-hundred thousand dollars ($1,200,000) on the note, two-hundred thirty nine thousand eight hundred seventy-one dollars and thirty four cents ($239,871.34) interest on the note and attorney fees in accordance with the terms of the note. Plaintiff also is awarded its costs in this action.

This is the Final Order in the action.

It is so **ORDERED.**

ENTERED this the ____ day of July, 2005.

s/William J. Haynes, Jr.
WILLIAM J. HAYNES, JR.
United States District Court

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk