IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JAMES THOMAS KEMP, )
)
        Plaintiff, )
)
vs. ) Case No. 05 MC 1054
)
LESLIE E. STRONG, )
)
        Defendant. )

## CITATION TO DISCOVER ASSETS

TO:   Leslie E. Strong, 125 Sherwood Court, Creve Coeur, Illinois 61610, Judgment Debtor

     YOU ARE COMMANDED to appear before the Presiding Judge, in Courtroom 3C of the United States Courthouse, Federal Building, 100 NE Monroe, Peoria, Illinois, on December 12, 2005 at 2:00 p.m. to be examined under oath concerning the property or income of or indebtedness due the judgment debtor. Judgment was entered on July 28, 2005 by the United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3:03-cv-00505, in the amount of $1,439,871.34, in addition to interest accruing, attorney's fees and court costs. The judgment was registered with the United States District Court for the Central District of Illinois, Peoria Division, on November 15, 2005. The judgment remains unsatisfied.

     YOU ARE COMMANDED to produce at the examination: See Exhibit A, and all books, papers or records in your possession or control which may contain information concerning the property or income of or indebtedness due judgment debtor.

     YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

     **YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS, _November 17_, 2005

S/ John M. Waters
(US District Clerk)

BY: S/ T. Kelch
(Deputy)

S. LINN PERKINS, Attorney for Plaintiff
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
ARDC #6203700

1:05-mc-01054-MMM-JAG   # 3   Page 2 of 4

# EXHIBIT A

You are commanded to produce at the examination all deeds and agreements for deeds showing any ownership interest in real estate; tax bills for 2004 payable in 2005 for any real estate that you own; 2003 and 2004 income tax returns; employer's W-2 forms for 2004; current wage statements showing income for any employment for months of January, 2005 through December 11, 2005; bank statements for all checking, savings and passbook accounts for the year 2004 and the partial year 2005; all statements for the year 2004 and the partial year 2005 relating to any other bank or investment account in which the judgment debtor has an interest; copies of all stock certificates and life insurance policies; all automobile registrations and titles; all other motor vehicle registrations, titles or certificates; copies of any notes, mortgages or security agreements showing indebtedness to any party; any and all documents evidencing any debt or obligation owed to the judgment debtor by a third party; and, all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due, judgment debtor.

O:\SLP\Client Files\Farmer-Luna\citation assets.doc

1:05-mc-01054-MMM-JAG   # 3   Page 4 of 4