**MEMORANDUM OF JUDGMENT**

THIS DOCUMENT PREPARED BY:

S. LINN PERKINS
VONACHEN, LAWLESS,
 TRAGER & SLEVIN
456 FULTON STREET
SUITE 425
PEORIA, IL 61602

Judgment rendered AGAINST:

    NAME OF PARTY:    LESLIE E. STRONG
    STREET ADDRESS:    125 Sherwood Court.
    CITY and STATE:    Creve Coeur, Illinois 61610

**FILED**
DEC - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judgment rendered July 28, 2005 in the amount of $1,439,871.34, plus attorney's fees and accrued interest, by the United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3:03-0505, and registered with the United States District Court for the Central District of Illinois, Peoria Division, on November 15, 2005 as Case No. 05 MC 1054.

In favor of:

    NAME OF PARTY:    JAMES THOMAS KEMP
        c/o S. Linn Perkins, attorney
    STREET ADDRESS:    456 Fulton Street, Suite 425
    CITY and STATE:    Peoria, IL 61602

12/6/05

SIGNED: _s/US.MagistrateJudge_
X _____ Judge
_____ Clerk

MAIL RECEIPT TO:

S. LINN PERKINS
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602